**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6901**

---

STEVEN ISAAC TROTMAN,

Plaintiff - Appellant,

versus

YORK COUNTY DETENTION CENTER; BRUCE BRYANT,
Sheriff; JOHN SHORT, Chief; RALPH MISLE,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., District
Judge.  (CA-03-438-0-13BD)

---

Submitted:  August 28, 2003        Decided:  September 10, 2003

---

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Steven Isaac Trotman, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Isaac Trotman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the merits of this appeal and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Trotman v. York County Detention Ctr.</u>, No. CA-03-438-0-13BD (D.S.C. May 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2